UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRENTON BRATCHETT,

      Plaintiff,

      v.                                            Case No. 08-C-880

ERIC BRAXTON, BRAXTON ENVIRONMENTAL
SERVICES CORP., SERGEANT HIBLER,
CAPTAIN MCPIPE, GRADY DAVIS,
SOCIAL WORKER MISS STONE,

      Defendants,

## DECISION AND ORDER

Plaintiff Trenton Bratchett, a Wisconsin state prisoner represented by pro bono counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983. He alleges that the defendants violated his Eighth Amendment rights by compelling him to work at a hazardous work release assignment, resulting in his index finger being cut off in an workplace accident. On June 27, 2012, defendants filed a motion to compel discovery. Subsequently, the parties stipulated to an extension of time to complete discovery. After that stipulated extension of time was granted, defendants did not renew their motion to compel, which will accordingly be denied as moot.

On December 7, 2012 defendant Davis filed a motion for summary judgment. On December 21, 2012, defendants Hibble, McPipe, and Stone filed a motion for summary judgment. Under Civil Local Rule 56(b)(2), plaintiff's responses to those motions should have been filed on or before January 7, 2012, and January 21, 2012, but a review of this file reveals that no response has been filed. Parties are expected to comply with the

procedures and dates specified in the rules without involvement of the court. Nonetheless, the court will allow plaintiff additional time to file a response to the defendants' motions. Such responses, along with any supporting materials, must be filed on or before **March 20, 2013**. Plaintiff is hereby advised that, if he fails to file any response to the defendants' motions for summary judgment by **March 20, 2013**, this action will be dismissed with prejudice, pursuant to Civil Local Rule 41(c)(E.D. Wis.), for lack of diligence in prosecuting this case.

**THEREFORE, IT IS ORDERED** that the motion to compel filed by defendants Hibbler, McPike, and Stone (Doc. # 159) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that plaintiff must file his responses, along with any supporting materials, to defendants' motions for summary judgment on or before **March 20, 2013**, or this action will be dismissed with prejudice.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge