# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TRENTON BRATCHETT,
    Plaintiff,

v.                                                                                              Case No. 08-CV-880

BRAXTON ENVIRONMENTAL SERVICES CORP.,
ERIC BRAXTON,
SGT. WAYNE HIBBLER, and
GRADY DAVIS,
    Defendants,

## ORDER

At the request of the court, Attorney David G. Hanson has agreed to represent the plaintiff on a pro bono fee basis.

**THEREFORE, IT IS REQUESTED** that Attorney David G. Hanson represent the plaintiff in this action, subject to the plaintiff agreeing to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. A copy of these regulations will be sent to plaintiff with this order. Pursuant to Paragraph A.1, the pro bono representation of Attorney David G. Hanson is contingent on plaintiff signing and returning the enclosed form expressing his agreement to be bound by the Regulations.

**IT IS FURTHER ORDERED** that plaintiff shall sign and return the enclosed Agreement to Reimburse Pro Bono Fund by **August 29, 2014**, if he wishes to proceed with pro bono counsel in this case.

**IT IS FURTHER ORDERED** that a copy of this order be sent to Attorney David G. Hanson.

Dated at Milwaukee, Wisconsin, this 8th day of August, 2014.

                                                              s/ Lynn Adelman

                                                              LYNN ADELMAN  
                                                              District Judge