# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRENTON BRATCHETT,**
    **Plaintiff,**

    v.                        Case No. 08-CV-880

**BRAXTON ENVIRONMENTAL SERVICES CORP. and
ERIC BRAXTON n/k/a ERIC BROXTON,**
    **Defendants.**

## DECISION AND ORDER

Plaintiff, Trenton Bratchett, has filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against defendant Braxton Environmental Services Corporation and Eric Broxton. The Clerk of Court entered default on October 10, 2014, upon plaintiff's request. Plaintiff asks for a monetary award sufficient to compensate plaintiff and punish and deter Mr. Broxton.

Plaintiff seeks a default judgment in the amount of $75,000 in compensatory damages and $75,000 in punitive damages. Given the severity of plaintiff's injury (a severed finger) and Broxton's actions, as set forth in plaintiff's complaint, I consider these amounts reasonable and appropriate and will direct the clerk to enter judgment.

Although plaintiff originally named the individual defendant as Eric Braxton, discovery and investigation have revealed that the correct name is Eric Lamar Broxton. Mr. Broxton waived service under his correct name on July 14, 2010, and then failed to answer the complaint. I will order the entry of judgment against Eric Lamar Broxton.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for default judgment (Docket #212) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment against Eric Lamar Broxton and Braxton Environmental Services Corporation in the amount of $150,000.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2015.

s/ Lynn Adelman

LYNN ADELMAN
District Judge